IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROMILLY L. BETHART,

      Plaintiff,

v.                                                                           CV 15-902 LF/WPL

DANIEL PERRY, ELLEN PERRY,
GRACE PERRY, and/or DANIEL PERRY
and ELLEN PERRY as Parents and Next
Friend of GRACE PERRY,

      Defendants.

### ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. On January 29, 2016, the Court entered an Order scheduling a telephonic status conference for June 1, 2016, at 8:30 a.m. (Doc. 14.) Although defense counsel appeared for the status conference, plaintiff's counsel did not do so.

IT IS THEREFORE ORDERED that Andrew Bethart or Christopher Turner, counsel for the Plaintiff, shall send a letter to my chambers showing cause for their absence at the June 1 status conference no later than **June 2, 2016, at 5:00 p.m.** This letter shall be faxed to my chambers at **(505) 348-2305**.

IT IS FURTHER ORDERED that the June 1 status conference is hereby VACATED and RESET for **June 8, 2016, at 8:30 a.m. The parties will call the Court's "meet-me" line at (505) 348-2356** to participate in the status conference at that time.

                                                       */s/ William P. Lynch*
                                                       William P. Lynch
                                                       United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.